*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-4726-GW(FFMx) | Date | December 2, 2015 |
|---|---|---|---|
| Title | *Jose Herrera, et al. v. Wells Fargo Bank, N.A., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

    On October 15, 2015, defendant Wells Fargo Bank's Motion to Dismiss came on for hearing. Plaintiffs Jose and Carolina Herrera did not file an opposition to that motion. For the reasons stated in detail in the Court's Tentative Ruling (*see* Docket No. 19), the Court granted the motion but with leave to amend by November 20, 2015, and noting on the record that the case would be dismissed if Plaintiffs failed to timely file the amended complaint. As of this date, no amended complaint has been filed. Therefore, the Court will dismiss this lawsuit.

:

Initials of Preparer    JG